McKASSON & KLEIN LLP
Neil B. Klein, SBN 142734
neilk@mckassonklein.com
221 Michelson Drive, Suite 320
Irvine, California 92612
Telephone:   949-724-0200
Facsimile:    949-724-0201

OF COUNSEL
SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:   410-783-5795
Facsimile:    410-510-1789

Attorneys for Plaintiff
WORLD FUEL SERVICES (SINGAPORE) PTE LTD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD, trading as WORLD FUEL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>KOREA LINE CORPORATION, *et al.*,<br><br>Defendants. | Case No.: CV11-01334 (MMM)<br><br>IN ADMIRALTY<br><br>**PLAINTIFF'S MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN** |

Plaintiff WORLD FUEL SERVICES (SINGAPORE) PTE LTD, trading as WORLD FUEL SERVICES ("World Fuel"), hereby moves for an Order appointing Nielsen Beaumont Recovery and Custodial Services, Inc. ("Nielsen Beaumont") as substitute custodian for the M/V NEW HORIZON ("Vessel"). World Fuel herewith files a memorandum and declaration in support, and a draft order.

/ / /

1  WHEREFORE, World Fuel respectfully requests that this Court grant its motion.

2  Dated: February 11, 2011.

McKASSON & KLEIN LLP

_____
Neil B. Klein
Attorneys for Plaintiff WORLD FUEL
SERVICES (SINGAPORE) PTE LTD