McKASSON & KLEIN LLP
Neil B. Klein, SBN 142734
neilk@mckassonklein.com
221 Michelson Drive, Suite 320
Irvine, California  92612
Telephone:   949-724-0200
Facsimile:   949-724-0201

OF COUNSEL
SIMMS SHOWERS LLP
J. Stephen Simms
jssimms@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
20 South Charles Street, Suite 702
Baltimore, Maryland  21201
Telephone:   410-783-5795
Facsimile:   410-510-1789

Attorneys for Plaintiff
WORLD FUEL SERVICES (SINGAPORE) PTE LTD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD, trading as WORLD FUEL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>KOREA LINE CORPORATION, *et al.*,<br><br>Defendants. | Case No.: CV11-01334<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF REQUEST FOR JUDICIAL REVIEW OF VERIFIED COMPLAINT AND ORDER TO ISSUE WRIT OF ATTACHMENT** |

Plaintiff WORLD FUEL SERVICES (SINGAPORE) PTE LTD, trading as WORLD FUEL SERVICES ("World Fuel") requests a judicial review of the Verified Complaint and an order to issue a Writ of attachment for property of Defendant, including the M/V NEW HORIZON (the "Vessel").

As set out more fully in the Verified Complaint, World Fuel is owed $980,596.99, arising out of a maritime claim regarding two vessels owned, operated, and/or chartered

by Defendant Korea Line Corporation ("Korea Line"). Review is requested because the Vessel is or very soon will be within the waters located at the Port of Long Beach, California and is currently in the custody of the Vessel's charterers, who may, at any time, take the Vessel and flee from Long Beach, California.

Local Admiralty Rule E.4 provides for judicial review of the verified complaint under a Rule B attachment process (E.4.(e), including authorization to issue process (E.4.(a).

In this case, based on information and belief, the Vessel is scheduled to arrive at the Port of Long Beach on or about Saturday February 12th 2011 at 16:00 hrs, to load certain cargo (at present, it is unknown when the Vessel will depart from the Port).

The Verified Complaint filed concurrently herewith satisfies all these requirements: it is verified; describes "with reasonable particularity" the Vessel; states that Defendant "cannot be found within the District" and that the Vessel is or will be within this District during the pendency of the action.

Dated: February 11, 2011.

McKASSON & KLEIN LLP

_____
Neil B. Klein
Attorneys for Plaintiff WORLD FUEL
SERVICES (SINGAPORE) PTE LTD